**Order entered November 20, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00922-CR
No. 05-15-00923-CR

**RICARDO STEPHEN RIVAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F15-53020-S, F15-53021-S**

## ORDER

The Court **REINSTATES** the appeals.

In his first issue, appellant complains the trial court erred by not making written findings of fact and conclusions of law upon appellant's request. The trial court must make findings of fact and conclusions of law regarding its ruling on a motion to suppress at the request of the non-prevailing party. *See State v. Cullen*, 195 S.W.3d 696, 698–99 (Tex. Crim. App. 2006). Therefore, on October 30, 2015, we ordered the trial court to make findings of fact and conclusions of law regarding its ruling on appellant's motion to suppress. We have now received supplemental clerk's records with the trial court's findings of fact and conclusions of law.

Accordingly, we **ORDER** appellant to file, within **THIRTY DAYS** of the date of this order, either an amended brief addressing the findings and conclusions or written waiver of further briefing.  If appellant does not file either an amended brief or  waiver within the thirty-day period, the appeal will proceed on the brief already filed.

The State's brief is due within sixty days of the date of this order.

We **DIRECT** the Clerk to send copies of this order to counsel for all parties.

/s/     ADA BROWN
           JUSTICE